UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-8900-GW-MAAx | Date | February 28, 2025 |
|---|---|---|---|
| Title | *Mister Bailey v. Brenda Hernandez, et al.* | | |

| Present: The Honorable | **GEORGE H. WU, UNITED STATES DISTRICT JUDGE** | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On February 28, 2025, Plaintiff Mister Bailey filed a Notice of Settlement [18]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for March 31, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on March 28, 2025.

| | : |
|---|---|
| Initials of Preparer | JG |